1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  GUSTAVO ALVAREZ,                )      No. CV 13-367-RGK(CW)
                                     )
13            Petitioner,            )      ORDER ACCEPTING REPORT AND
                                     )      RECOMMENDATION OF UNITED STATES
14        v.                         )      MAGISTRATE JUDGE
                                     )
15  RON BARNES, Warden,              )
                                     )
16            Respondent.            )
    _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  records on file, and the Report and Recommendation of the United

20  States Magistrate Judge.  The court has engaged in a de novo review of

21  those portions of the Report and Recommendation to which objection has

22  been made.  The court accepts the findings and recommendation of the

23  Magistrate Judge.  **IT IS THEREFORE ORDERED** that judgment be entered

24  denying the Petition and dismissing this action without prejudice.

25

26  DATED: June 21, 2013

27                                      _____
                                              R. GARY KLAUSNER
28                                       United States District Judge