**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GUSTAVO ALVAREZ, | ) | No. CV 13-367-RGK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RON BARNES, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: June 21, 2013

_____
R. GARY KLAUSNER
United States District Judge